TEXAS COURT OF CRIMINAL APPEALS 63,010-02

AT AUSTIN

CAUSE NO. 10CR2645d

Civil No. 2:15-CV-00143

Ex Parte ERWIN BURLEY

Subject: Conspiracy to Commit Murder

Plaintiff ERWIN BURLEY Believes And Has Reason To Believe that His Life is Still In Danger For Exposing Corruption An the Nueces County Police Dept. I did Report this to Jude IASON LIBBY In Civil Action # 2:14-CV-43

As of this day at 11:53 Am may 22 2015 was Again threatened to Be Murdered I do not know who these Persons Are I don't know if the Judge at my trial was coerced or misled to sign A A Court order to commence with what I believe to Be A Criminal Investigation to AGAIN Frame Plaintiff since the Murder Plot Has Not Been Successful I Believe that A decision was made By the unknown defendants to Attempt to Build A Case In Retaliation

For me opting to Go to trial The 1983 suit will soon Be Filed And Criminal charges can Be initiated if wrongdoing can Be Proven I have Written the Federal Prosecutors, the FBI, The Honorable Judge O'connor of the Northern District Wichita Falls Division

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 28 2015

Abel Acosta, Clerk

Plaintiff Alleges that He is diligently Working to Present
Law and Fact that will Prove His Claim.

Motive to Murder Exists Because of Lawsuit
motive to create a Fabricated Case Exists to discredit
Plaintiff to cover up Corruption Because if corruption is
Exposed And I Prove that drugs were Planted Convictions
Could Be overturned Costing the City of Corpus Millions
In Damages So Killing Erwin Burley or Charging Him
with Another Crime would cover over And clean up the
Illegal Activity Annie Dookan Fabricated Drug Test And
When Exposed Hundreds of Prisioners were Freed In the
Case of Ex Parte Lynn Hobbs 393 Sw3d 780 Tex
Crim App 2013 Court of Criminal Appeals overturned
Several convictions Petitioner Has Shown Good Reason
For Nueces County Attempting to Murder Plaintiff
Should Plaintiff Be Bench Warranted Back to
Nueces County He will Seek Federal Protection

I Wrote My Significant other Teresa Pipkin at
1822 Ridgeview Mesquite Tex 75149 PH # 9727046412
and alerted Her to this latest threat my Father is
Wendell Burley 8215 Lettie St. Houston Tex 77075
PH # 214 605 7025

Plaintiff Also Alleges Intentional Infliction of Emotional Distress Because of Extreme and outrageous conduct that has Gone Beyond all bounds of decency And to be Regarded as Atrocious & utterly Intolerable In A civilized community

B. Plaintiff Files His writ of Habeas corpus on March 9th 2015 And Received By Nueces County on March 17th 2015 Plaintiff Alleged Corruption In the D.A's office Against James Odell THE 105th Has Not Returned my 11.07 which could Give me Relief The Certified Mail # is 7005 3110 0000 1114 4305 I Filed Declaration For default on the 20th of April 2015 And A motion For Judgment By default on the 20th Day of April 2015 I Enclosed A Copy of Declaration For Default to U.S. Dist Ct. Corpus Division And Has enclosed a Stamped Envelope In Federal Court Plaintiff Asks the Honorable Court to Assist Plaintiff In this Cause In the Interest of Justice Plaintiff is willing to take Federal Polygraph

## Unsworn Declaration

I Hereby declare under Penalty of Perjury that all statements are true And correct. Executed of the 22nd day of April 2015

Erwin Burley

## Certificate of Service

I Hereby Certify that a true & correct copy was mailed to U.S. Dist Clerks office 1133 Nth Shoreline Blvd Rm 208 Corpus Christi Texas 78401.

And A Copy Mailed To Tex. Ct. of Criminal Appeals at Austin on the 22nd day of April 2015

P.O. Box 12308 Capitol Station
Austin Texas 78711

Erwin Burley
TDCJ# 1740140
Allred Unit
2101 Fm 369 Nth
Iowa Park Texas 76367

TEXAS COURT OF CRIMINAL APPEALS
AT AUSTIN

CAUSE No. 10CR26452

Civil No 2:15-CV-00143

Ex Parte ERWIN BURLEY

Subject: Conspiracy to Commit Murder

PLAINTIFF ERWIN BURLEY Believes AND HAS REASON TO Believe that His Life is still In DANGER For Exposing Corruption AT tHe Nueces COUNTY Police Dept I did Report this to JUDE JASON LIBBY In Civil Action # 2:14-CV-43

As of tHis day at 11:53 Am MAY 22 2015 WAS AGAIN tHreatened to Be Murdered I do not KNOW who thESE Persons Are I dont KNOW if THE JUDGE at my TRIAL WAS coerced or misled to sign A A court order to commence with what I believe to Be A CRIMINAL INVESTIGATION to AGAIN FRAME Plaintiff Since tHe <u>Murder Plot</u> HAS Not Been Successful I Believe tHAT A decision WAS made BY tHe UNKNOWN defendants to Attempt to Build A CASE In RetAliation

For me Opting to Go to TRIAL. THe 1983 Suit will Soon Be Filed AND CRIMINAL CHARGES CAN Be Initiated If WRongdoing CAN Be Proven I HAVE WRitten tHe Federal Prosecutors, tHe FBI, THE HONORABLE JUDGE Oconnor of tHe Northern District Wichita Falls Division

Plaintiff Alleges that He is diligently Working to Present LAW and FACT that will Prove His Claim.

Motive to Murder Exists Because of LAWSUIT Motive to Create a FABRICATED Case Exists to discredit Plaintiff to cover up Corruption Because if corruption is Exposed And I Prove that drugs were Planted convictions Could Be overturned costing the City of Corpus Millions In DAMAGES So Killing Erwin Burley or Charging Him with Another crime would cover over And clean up the Illegal Activity Annie Dookan FABRicated DRUG Test And when Exposed Hundreds of Prisoners were Freed In the Case of Ex Parte Lynn Hobbs 393 SW3d 780 Tex Crim App 2013 Court of Criminal Appeals overturned Several convictions Petitioner Has Shown Good Reason For Nueces County Attempting to Murder Plaintiff Should Plaintiff Be Bench WARRANTED BACK to Nueces County He will Seek Federal Protection

I wrote my Significant other Teresa Pitkin at 1822 Ridgeview Mesquite Tex 75149 PH # 972 704 6412 and alerted Her to this latest threat my father is Wendell Burley 8215 Lennie St. Houston Tex 77075.

PH # 214 605 7025

Plaintiff Also Alleges Intentional Infliction of Emotional Distress Because of Extreme and outRAGeous conduct that

that's Gone Beyond all bounds of decency And to be Regarded as AtRocious & utterly Intolerable In A civilized commodity

B. Plaintiff Files His writ of HAbeas corpus on March 9th 2015 And Received by Nueces County on March 17th 2015 Plaintiff Alleged corruption In the D.A's office AGainst James Odell The 105th Has Not Returned my llilot WHich could Give me Relief The cerifified MAil # 7005 3110 0000 1114 4305

I Filed Declaration For default on the 20th of April 2015 And A motion For Judgment By default on the 20th day of April 2015 I enclosed A cols of Declaration For default to U.J. Dish Ct. corlus Division And Also enclosed a stamped Envelope In Federal court Plaintiff Asks the Honorable court to Assist Plaintiff In this cause In the Interest of Justice Plaintiff is willing to tAke Federal Polygraph

Plaintiff Also Alleges Intentional Infliction of Emotional Distress Because of Extreme and outRageous conduct aLAt 4AA's Gone Beyond all bounds of decency And to Be Regarded as AtRoGous & utterly Intolerable In A civilized commodity

B. Plaintiff Files His writ of HAbeas corpus on MArch 9th 2015 And Received By Nueces County on MArch 17th 2015 Plaintiff Alleges Collusion In the D.A's office AGAinst JAmes Odell THE 105th HAs Not Returned my llion WHICH Could Give me Relief The CeRtified MAil # is 7005 3110 0000 1114 436

I Filed DeclaRation for default on the 20th of APril 2015 And A motion For Judgment By DefAult on the 20th day of APril 2015 I Enclosed A CoBB of DeclaRation For DefAult to U.S. Dist. Ct. corpus Division And Also enclosed a STAmped Envelope In Federal court

Plaintiff Asks the Honorable court to Assist Plaintiff In this CAuse In the Interest of Justice Plaintiff is willing to tAke Federal PolyGRAPH

## Unsworn Declaration

I Hereby declare under Penalty of Perjury than all statements Are true And correct. Executed of the 22nd day of April 2015

Erwin Burley

## Certificate of Service

I Hereby Certify that A true & correct copy was mailed to U.S. Dist Clerks office 1133 Nth Shoreline Blvd Rm 208 Corpus Christi Texas 78401

And A cols mailed to Tex. Crt. of Criminal Appeals at Austin on the 22nd day of April 2015

P.O. Box 12308 Capitol Station
Austin Texas 78711

Erwin Burley
TDCJ# 1740140
Allred Unit
2101 Fm 369 Nth
Iowa Park Texas 76367